STATE of Missouri, Respondent,

v.

Larry JOHNSON, Appellant.

No. 65840.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant, Larry Johnson, appeals from convictions in the Circuit Court of the County of St. Louis in three consolidated cases of the Class A felonies of robbery in the first degree, RSMo § 569.020 (1986), and armed criminal action, RSMo § 571.015 (1986), for which appellant was sentenced as a prior and persistent offender to six consecutive life terms of imprisonment. We affirm.

We have reviewed the briefs of the parties and the legal file and find the order of the circuit court is not clearly erroneous. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the circuit court's order pursuant to Rule 30.25(b).

Stephen McCOY, Appellant,

v.

STATE of Missouri, Respondent.

No. 66653.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J. and CRAHAN, J.

### ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find that the ruling of the trial court was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties with a brief memorandum explaining the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).